EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
OMER G. POIRIER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 03 2002

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SONNY MANSFIELD HOOPAI, )<br>)<br>Defendant. )<br>) | CR. NO. CR02-00401 DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 2113(a)] |

### INDICTMENT

The Grand Jury charges:

On or about September 17, 2002, in the District of Hawaii, Defendant SONNY MANSFIELD HOOPAI did, by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the Homestreet Bank, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED:   Oct 3, 2002  , 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

UNITED STATES V. SONNY MANSFIELD HOOPAI
Cr. No. _____
"Indictment"